MILES D. SCULLY (SBN 135853)
(mscully@gordonrees.com)
TIMOTHY K. BRANSON
(tbranson@gordonrees.com)
JONI M. BORZCIK (SBN 272690)
(jborzcik@gordonrees.com)
GORDON & REES LLP
101 W. Broadway Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

*Attorneys for Defendant*
R.C. BIGELOW, INC.

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  (408) 369-0800
Fax:  (408) 369-0752
pgore@prattattorneys.com

J. Price Coleman (*Pro Hac Vice*)
(colemanlawfirmpa@bellsouth.net)
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655
Telephone: (662) 236-0047
Facsimile:  (662) 513-0072

*Attorneys for Plaintiff*
ADAM VICTOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM VICTOR, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>R.C. BIGELOW, INC.,<br><br>Defendant | Case No. 3:13-CV-02976-WHO<br><br>**STIPULATION RE: PRE-TRIAL SCHEDULE; ORDER**<br><br>Judge:         Hon. William H. Orrick<br>Action Filed: June 27, 2013 |

Pursuant to Civil Local Rules and at the direction of the Court, Plaintiff Adam Victor, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant R.C. Bigelow, Inc. ("Bigelow"), through their undersigned counsel, hereby move and stipulate as follows:

WHEREAS, this action was filed in this Court on June 27, 2013;

WHEREAS, on January 15, 2014, Bigelow filed a Motion to Dismiss, or in the Alternative, Motion to Strike the Complaint;

WHEREAS, on February 19, 2014, the Court heard oral argument on Bigelow's Motion, which ultimately was granted in part and denied in part, with leave to amend.

WHEREAS, on April 12, 2014, Plaintiff timely filed his Amended Class Action Complaint;

WHEREAS, on May 15, 2014 Bigelow filed a Motion to Dismiss the First Amended Complaint ("Motion");

WHEREAS, on July 9, 2014 the Court heard oral argument on Bigelow's Motion and at the hearing the Court stated that the Motion would be denied at least in part and requested that the parties provide the Court a proposed stipulated schedule as to how the case should proceed after the Court issues its Order on the pending Motion to Dismiss the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel as follows:

1. Discovery in the related *Khasin v. R.C. Bigelow* and *Victor v. R.C. Bigelow* cases shall open immediately upon the Court's issuance of its Order on Bigelow's Motion;

2. The parties further stipulate and agree to the following pre-trial and trial schedule for the related *Khasin v. R.C. Bigelow* and *Victor v. R.C. Bigelow* cases, subject to the Court's calendar:

| | |
|---|---|
| Last Day to Amend Pleadings or Add Parties: | August 29, 2014 |
| Opening Brief for Class Cert. and Expert Disclosures: | February 13, 2015 |
| Opposition Brief and Rebuttal Expert Disclosures: | April 13, 2015 |
| Reply Brief and Expert Discovery Cut-Off: | May 29, 2015 |
| Class Certification Hearing: | June 15, 2015 |
| Discovery Cut-off (Expert and Non-expert) | September 18, 2015 |
| Dispositive Motions Heard by: | November 18, 2015 |
| Pre-Trial Conference | February 8, 2016 |
| Trial | February 29, 2016 |

IT IS SO STIPULATED.

Dated: July 16, 2014

MILES D. SCULLY
TIMOTHY K. BRANSON
JONI M. BORZCIK
GORDON & REES LLP
Respectfully submitted,

/s/ *Timothy K. Branson*
TIMOTHY K. BRANSON
Attorneys for Defendant
R.C. BIGELOW, INC.

Dated: July 16, 2014

PRATT & ASSOCIATES

/s/ *Ben F. Pierce Gore*
BEN F. PIERCE GORE
Attorneys for Plaintiff
ADAM VICTOR

### ECF ATTESTATION

I, Pierce Gore, am the ECF User whose ID and password are being used to file the following: STIPULATION RE: PRE-TRIAL SCHEDULE

In compliance with Civil Local Rule 5-1(i), I hereby attest that the signatories above have concurred in this filing.

Dated: July 16, 2014     By:   */s/ Ben F. Pierce Gore*
                                BEN F. PIERCE GORE
                                Attorney for Plaintiff

3

# ORDER

PURSUANT TO STIPULATION, **as modified below**, IT IS SO ORDERED.

| | |
|---|---|
| Last Day to Amend Pleadings or Add Parties: | August 29, 2014 |
| Opening Brief for Class Cert. and Expert Disclosures: | February 13, 2015 |
| Opposition Brief and Rebuttal Expert Disclosures: | April 13, 2015 |
| Reply Brief and Expert Discovery Cut-Off: | May 29, 2015 |
| Class Certification Hearing: | **June 17, 2015** |
| Discovery Cut-off (Expert and Non-expert) | September 18, 2015 |
| Dispositive Motions Heard by: | November 18, 2015 |
| Pre-Trial Conference | **February 1, 2016** |
| Trial | February 29, 2016 |

DATED: July 17, 2014                    By: _____
                                              WILLIAM H. ORRICK
                                              United States District Judge