UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM VICTOR,<br><br>        Plaintiff,<br><br>  v.<br><br>R.C. BIGELOW, INC.,<br><br>        Defendant. | Case No.: 3:13-CV-02976-WHO<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CIVIL L.R. 6-1, 6-2, 7-12, 16-2 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Bigelow's motion for summary judgment shall be due on or before **June 8, 2016**;

2. Plaintiff's opposition papers shall be due on or before **July 8, 2016**;

3. Bigelow's reply papers shall be due on or before **July 27, 2016**;

4. Bigelow's motion for summary judgment shall be heard on **August 10, 2016;** and

5. The Case Management Conference, currently set for June 15, 2016, shall be continued to July 19, 2016.

SO ORDERED.

Dated: May 23, 2016

JUDGE OF THE UNITED STATES DISTRICT COURT