| | |
|---|---|
| 1 | M.D. SCULLY (SBN 135853) |
| 2 | (mscully@gordonrees.com) |
|   | TIMOTHY K. BRANSON |
| 3 | (tbranson@gordonrees.com) |
|   | JONI B. FLAHERTY (SBN 272690) |
| 4 | (jflaherty@gordonrees.com) |
|   | GORDON & REES LLP |
| 5 | 101 W. Broadway Suite 2000 |
|   | San Diego, CA 92101 |
| 6 | Telephone: (619) 696-6700 |
| 7 | Facsimile: (619) 696-7124 |
| 8 | *Attorneys for Defendant* |
|   | R.C. BIGELOW, INC. |
| 9 | |
| 10 | Ben F. Pierce Gore (SBN 128515) |
|    | PRATT & ASSOCIATES |
| 11 | 1871 The Alameda, Suite 425 |
|    | San Jose, CA 95126 |
| 12 | Telephone: (408) 369-0800 |
|    | Fax: (408) 369-0752 |
| 13 | pgore@prattattorneys.com |
| 14 | |
|    | J. Price Coleman (*Pro Hac Vice*) |
| 15 | (colemanlawfirmpa@bellsouth.net) |
|    | Coleman Law Firm |
| 16 | 1100 Tyler Avenue, Suite 102 |
|    | Oxford, MS 38655 |
| 17 | Telephone: (662) 236-0047 |
| 18 | Facsimile: (662) 513-0072 |
| 19 | *Attorneys for Plaintiff* |
|    | ADAM VICTOR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM VICTOR, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br> vs. <br><br> R.C. BIGELOW, INC., <br><br> Defendant | Case No. 3:13-CV-02976-WHO <br><br> **STIPULATION RE: CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Judge: Hon. William H. Orrick <br> Action Filed: June 27, 2013 |

-1-

STIPULATION RE: CASE MANAGEMENT CONFERENCE
Case Number: 3:13-CV-02976-WHO

Pursuant to Civil Local Rules Plaintiff Adam Victor, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant R.C. Bigelow, Inc. ("Bigelow"), through their undersigned counsel, hereby move and stipulate as follows:

WHEREAS, a case management conference is scheduled for July 19, 2016;

WHEREAS, A hearing on Defendant's Motion for Summary Judgment is scheduled for August 10, 2016.

WHEREAS, discovery is closed and until the hearing on the Motion for Summary Judgment there is no need coordinate any other activities in the case and to save resources of the parties, counsel and the Court the parties agree that the Case Management Conference should be rescheduled for August 10, 2016 to coincide with the hearing on Defendant's Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel that the Case Management Conference is rescheduled for August 10, 2016.

IT IS SO STIPULATED.

Dated:  July 12, 2016

MILES D. SCULLY
TIMOTHY K. BRANSON
JONI B. FLAHERTY
GORDON & REES LLP

Respectfully submitted,

 /s/ *Joni B. Flaherty*
JONI B. FLAHERTY
Attorneys for Defendant
R.C. BIGELOW, INC.

Dated:  July 12, 2016

PRATT & ASSOCIATES

 /s/ *Ben F. Pierce Gore*
BEN F. PIERCE GORE
Attorneys for Plaintiff
ADAM VICTOR

### ECF ATTESTATION

I, Ben F. Pierce Gore, am the ECF User whose ID and password are being used to file the following: STIPULATION RE: AMENDED PRE-TRIAL AND TRIAL SCHEDULE

In compliance with Civil Local Rule 5-1(i), I hereby attest that the signatories above have

concurred in this filing.

Dated: July 12, 2016                         By:    */s/ Ben F. Pierce Gore*
                                                    BEN F. PIERCE GORE
                                                    Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 12, 2016                        By:    _____
                                                    WILLIAM H. ORRICK
                                                    United States District Judge